AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| THE 21ST AMENDMENT BREWERY CAFÉ, LLC <br><br> *Plaintiff(s)* <br> v. <br> 21ST AMENDMENT DISTILLERY, LLC <br><br> *Defendant(s)* | Civil Action No. 2:23cv14290  Martinez |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  21st Amendment Distillery LLC
2055 13th Avenue, Vero Beach, Florida 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph R. Englander, Esq., 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Sep 18, 2023

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts