UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 2:23-14290-CIV-MARTINEZ

THE 21ST AMENDMENT BREWERY
CAFÉ, LLC,

    Plaintiff,

v.

21ST AMENDMENT DISTILLERY, LLC,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Motion for a More Definite Statement ("Motion"), (ECF No. 17). (ECF No. 28.) Judge Maynard filed an R&R recommending that the Motion be denied. (ECF No. 32.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Maynard's R&R, (ECF No. 32), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that the Motion, (ECF No. 17), is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this __9__ day of August, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record